UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| COLONIAL OIL INDUSTRIES, INC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV421-286 |
| JONATHAN ARNETT, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The case arises out of an agreement to supply motor fuel. Doc. 1 (Complaint). The parties filed a Rule 26(f) Report explaining that a case is pending in the Eastern District of Kentucky related to the same agreement. Doc. 15 at 2 (citing *Southern Petroleum, Inc., v. Colonial Oil Indus., Inc., et al*, 6:21-cv-00174-REW-EBA (E.D. Ky. 2021)). They indicate that Colonial Oil Industries, Inc., has filed a motion to transfer the Kentucky case to the Southern District of Georgia, and that if the motion to transfer is successful, the case may be consolidated with this case. *Id.* The parties request that the Court stay this case pending the outcome of the motion to transfer. *Id.*

For good cause shown, and following a scheduling conference with the parties, the parties' request is **GRANTED, in part**. Doc. 15. This case is **STAYED** pending the disposition of the motion to transfer in the Kentucky case. The parties are **DIRECTED** to file a status report updating the Court on the status of the motion to transfer within 7 days of the date the motion is decided, or 120 days from the date of this Order, whichever is earlier. Additionally, the parties are **DIRECTED** to file a renewed Rule 26(f) Report within 14 days of the date the motion to transfer is decided.[1]

**SO ORDERED**, this 6th day of January, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties request a discovery deadline of 140 days after the submission of their renewed Rule 26(f) Report. That request is **DENIED**. Doc. 15, in part. The parties are **DIRECTED** to include new proposed discovery deadlines in their renewed Rule 26(f) Report.